# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:15cv242

| | |
|---|---|
| RITA KOTSIAS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CMC II, LLC, et al., )<br>)<br>    Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion for Extension of Time to Respond to Discovery Requests [# 24]. Defendant ESIS ("Defendant") moves to extend the time to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents. Plaintiff does not consent to the extensions of time.

The Federal Rules of Civil Procedure envision the parties managing the discovery process, including the granting of extensions of time to respond to discovery requests, without the Court's intervention. Rule 33 of the Federal Rules of Civil Procedure provides that the parties may stipulate to a shorter or longer period of time to respond to interrogatories. Fed. R. Civ. P. 33(b)(2). Similarly, Rule 34 provides that the parties may stipulate to a different time period for responding to a request for the production of documents. Fed. R. Civ. P. 34(b)(2)(A). Finally, Rule 36 provides that the parties may agree to more than

thirty days to respond to a written request to admit. Fed. R. Civ. P. 36(a)(3). Such stipulations, however, must comply with Rule 29, which provides that the parties may stipulate to the modification of procedures governing or limiting discovery, provided that a stipulation extending the time to respond does not interfere with the deadlines for completing discovery, holding a hearing on a motion, or the trial. Fed. R. Civ. P. 29(b).

Here, however, Plaintiff does not consent to the requested extension of time for Defendant to respond to the discovery requests. Upon a review of the record and the relevant legal authority, the Court finds that Defendant has demonstrated good cause for extending the time for it to respond to discovery. Accordingly, the Court **GRANTS** the motion [# 24]. Defendant shall have until July 30, 2016, to respond to Plaintiff's discovery requests.

Signed: June 27, 2016

Dennis L. Howell
United States Magistrate Judge