IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 242

| | |
|---|---|
| **RITA KOTSIAS,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **CMC II, LLC, LAVIE CARE CENTERS,** ) | |
| **d/b/a Consulate Health Care, CONSULATE** ) | |
| **MANAGEMENT COMPANY, FLORIDA** ) | |
| **HEALTH CARE PROPERTIES, LLC, and** ) | |
| **ESIS,** ) | |
| ) | |
| **Defendants** ) | |

**THIS MATTER** has come before the undersigned upon Defendants' Motion to Amend Scheduling Order (#53). The undersigned brought the motion on for hearing in open Court on October 6, 2016. At that time, the pro se Plaintiff was present and Defendants were present through their counsel, Shalanna L. Pirtle. During the hearing, Ms. Pirtle presented the contentions of Defendants and at the close of her presentation, the Plaintiff stated she did not object to some modification of Pretrial Order and Case Management Plan (#22). The undersigned consulted with the District Court and has determined to grant, in part, and deny, in part, the Defendants' motion. The undersigned will enter an Order extending the discovery

1

completion deadline to December 1, 2016 and the dispositive motion deadline to January 1, 2017. Trial will be held at the first session beginning on or after May 8, 2017.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Defendants' Motion to Amend Scheduling Order (#53) is **ALLOWED** in part and **DENIED** in part. The Pretrial Order and Case Management Plan shall be amended to provide that the discovery completion deadline shall be extended to **December 1, 2016**; the dispositive motion deadline will be extended to **January 1, 2017**; trial shall be the first session on or after **May 8, 2017.**

Signed: October 11, 2016

Dennis L. Howell
United States Magistrate Judge