# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv242

| | |
|---|---|
| RITA KOTSIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CMC II, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Compel [# 61]. Defendant CMC II, LLC ("Defendant") moves to compel Plaintiff to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents. Defendant served Plaintiff with its discovery requests on August 15, 2016. As of November 14, 2016, the date Plaintiff responded to the Motion to Compel, Plaintiff had not yet responded to Defendant's discovery requests. Plaintiff contends that time constraints have prevented her from responding in a timely manner.

Upon a review of the pleadings and the record in this case, as well as the relevant legal authority, the Court **GRANTS** the motion [# 61]. Plaintiff has now had approximately three months to respond to discovery in this case, and the discovery deadline is fast approaching. Moreover, Defendant is entitled to have responses to its discovery in order to effectively depose Plaintiff. The Court

**DIRECTS** Plaintiff to respond fully to the discovery requests by November 28, 2016. The failure to comply with this Order may result in the imposition of sanctions against Plaintiff. The Court also extends the discovery deadline in this case until December 15, 2016.

Signed: November 17, 2016

Dennis L. Howell
United States Magistrate Judge