IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv242

| | |
|---|---|
| RITA KOTSIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CMC II, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion for Extension of Time to Filed Reponses in Opposition [# 80]. For good cause shown, the Court **GRANTS** the motion [# 80]. Plaintiff shall have until February 13, 2017, to respond to the Motion for Summary Judgment [# 73].

Signed: January 26, 2017

Dennis L. Howell
United States Magistrate Judge