# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00242-MR-DLH

| | |
|---|---|
| RITA KOTSIAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CMC II, LLC, LA VIE CARE CENTERS, ) <br> d/b/a Consulate Health Care, ) <br> CONSULATE MANAGEMENT ) <br> COMPANY, FLORIDA HEALTH CARE ) <br> PROPERTIES, LLC, and ESIS, ) <br> ) <br> Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion for Judicial Settlement Conference [Doc. 77]. The Plaintiff has not responded to the Defendants' motion.

The Defendants move the Court to order a judicial settlement conference in this matter. For grounds, the Defendants state that dispositive motions are currently being briefed and that this matter is now set for trial in May 2017. The Defendants also point out that a second lawsuit has been filed by the Plaintiff against these Defendants, although the Court notes that the Defendants have yet to file an answer in that case. Finally, the

Defendants state that they believe that "settlement discussions would be greatly aided by doing so in the presence of the judiciary." [Doc. 77 at 3].

Upon consideration of the Defendants' motion, the Court finds that good cause has not been shown to justify the ordering of a judicial settlement conference in this case. Accordingly, in the exercise of its discretion, the Court will deny the Defendants' motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Judicial Settlement Conference [Doc. 77] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 30, 2017

_____
Martin Reidinger
United States District Judge