IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv242

| | |
|---|---|
| RITA KOTSIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CMC II, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion for Summary Judgment [# 73]. On February 13, 2017, Plaintiff filed a response to the motion. Plaintiff's brief in opposition to the Motion for Summary Judgment, however, spans 73 pages. The Local Rules of this Court provide that a brief may not exceed twenty-five page. LCvR 7.1(D). Plaintiff did not seek leave to file a brief longer than twenty-five pages. And even if Plaintiff had filed such a motion, this Court would not have allowed her to file a response in excess of the limits set by the Local Rules. Accordingly, the Court **STRIKES** the Memorandum in Opposition to Defendant's Motion for Summary Judgment [# 83]. Plaintiff shall have seven (7) days from the entry of this Order to file a new memorandum in 14 point font that does not exceed twenty-five pages in length. This Court will not grant Plaintiff additional pages.

-1-

Plaintiff, however, need not refile the numerous exhibits and the Clerk need not strike the exhibits from the record.

Signed: February 14, 2017

Dennis L. Howell
United States Magistrate Judge