THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00242-MR-DLH

| | |
|---|---|
| **RITA KOTSIAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CMC II, LLC, LA VIE CARE CENTERS,** ) | |
| d/b/a Consulate Health Care, ) | |
| **CONSULATE MANAGEMENT** ) | |
| **COMPANY, FLORIDA HEALTH CARE** ) | |
| **PROPERTIES, LLC, and ESIS,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Second Motion for Judicial Settlement Conference [Doc. 88].

For the reasons stated in the Defendants' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendants' Second Motion for Judicial Settlement Conference [Doc. 88] is **GRANTED**, and the parties are hereby **ORDERED** to appear for and participate in a judicial settlement conference that is scheduled for **April 24, 2017**. This matter is hereby referred to the Honorable David C. Keesler, United States Magistrate Judge, for the purpose of conducting the judicial settlement conference. The parties

will be notified at a later date of the time and location of the judicial settlement conference.

**IT IS SO ORDERED.**

Signed: April 5, 2017

Martin Reidinger
United States District Judge

2

Case 1:15-cv-00242-MR-DLH   Document 89   Filed 04/05/17   Page 2 of 2