IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-242-MR-DLH

| | |
|---|---|
| RITA MARGARET KOTSIAS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CMC II, LLC, LA VIE CARE CENTERS, d/b/a Consulate Health Care, CONSULATE MANAGEMENT COMPANY, FLORIDA HEALTHCARE PROPERTIES, LLC, and ESIS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** for the scheduling of a Judicial Settlement Conference pursuant to the Honorable Martin Reidinger's "Order" (Document No. 89).

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 10:00 a.m. on Monday, April 24, 2017, in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #2-2 and its attached conference rooms.

**SO ORDERED**.

Signed: April 6, 2017

David C. Keesler
United States Magistrate Judge