**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO.  1:15-CV-242-MR-DLH**

| | | |
|---|---|---|
| **RITA MARGARET KOTSIAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CMC II, LLC, LA VIE CARE CENTERS,** | ) | |
| **d/b/a Consulate Health Care, CONSULATE** | ) | |
| **MANAGEMENT COMPANY, FLORIDA** | ) | |
| **HEALTHCARE PROPERTIES, LLC, and** | ) | |
| **ESIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the Judicial

Settlement Conference to be held on Monday, April 24, 2017 at 10:00 a.m., Courtroom 2-2, 401

W. Trade Street, Charlotte, NC.  The undersigned will refer this matter to the Pro Se Settlement

Assistance Program ("Program").

   **IT IS, THEREFORE, ORDERED** that:

1. All parties to this lawsuit will participate in a Judicial Settlement Conference

   pursuant to the Program and as directed by this Order before undertaking any other

   action with respect to this lawsuit.

2. Solely in connection with the program, Kevin P. Murphy, Van Kampen Law, P.C.,

   315 E. Worthington Avenue, Charlotte, NC 28203, (704) 247-3245 is appointed as

   Program Counsel for the Pro Se Litigant for the limited purpose of assisting the Pro

   Se Litigant with the Judicial Settlement Conference and procedures associated with

   the Program.  Program Counsel has no obligation to conduct discovery to prepare

or respond to any motions, participate in the trial, or take any other action on behalf of the Pro Se Litigant in this lawsuit.

3. If the Judicial Settlement Conference results in an agreement as to all issues, the Program Counsel's limited representation of the Pro Se Litigant shall terminate upon the closing of the court file through an appropriate dismissal, provided that the Program Counsel's representation shall not extend beyond thirty (30) days after the conclusion of the conference.  If the Judicial Settlement Conference results in an agreement as to only some of the issues, or if it results in an impasse, the Program Counsel's limited representation of the Pro Se Litigant will terminate upon the conclusion of the conference.

**SO ORDERED.**

Signed: April 13, 2017

David C. Keesler
United States Magistrate Judge